No. 20, Misc.   DAVIES *v.* SETTLE, WARDEN.   Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied, the Court having duly noted the undertaking of the Solicitor General that the Government will not contest the vacation of petitioner's adult commitment if a motion under 28 U. S. C. § 2255 is filed in the sentencing court.   Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Joseph A. Barry* for respondent.

OCTOBER 24, 1962.

No. 340.   FOOTE *v.* SCHWEMLER, TRUSTEE IN BANKRUPTCY.   On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit.   Dismissed pursuant to Rule 60 of the Rules of this Court.   *Edwin W. Brouse* for petitioner.

OCTOBER 30, 1962.

No. 165.   ROMMEL ET AL. *v.* KENNEDY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *John W. Pehle* and *James H. Mann* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, John G. Laughlin, Jr.* and *Pauline B. Heller* for respondent.